FILED

2018 NOV 30 PM 1:04

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA
V.
PLAINTIFF

Steve Kim
DEFENDANT

USMS# ____________

CASE NUMBER: 18MJ03184

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 7:15 ☐ AM ☒ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No
4. Charges under which defendant has been booked:
18 USC 175(a)
5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☒ No ☐ Yes Language: ____________
7. Year of Birth: 1978
8. Defendant has retained counsel: ☒ No
☐ Yes Name: ____________ Phone Number: ____________
9. Name of Pretrial Services Officer notified: Silanas
10. Remarks (if any): ____________
11. Name: Stuart D. Wright (please print)
12. Office Phone Number: (310) 294-4925
13. Agency: FBI
14. Signature: [signature]
15. Date: 11/30/2018