FILED
2018 DEC 21 PM 3:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2018 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE S. KIM,

Defendant.

CR NO. CR 18-00901-MWF

I N D I C T M E N T

[18 U.S.C. § 175(a): Prohibition with Respect to Biological Weapons]

The Grand Jury charges:

[18 U.S.C. § 175(a)]

On or about November 29, 2018, in Los Angeles County, within the Central District of California, defendant STEVE S. KIM knowingly

//

//

//

//

//

//

attempted to stockpile, transfer, acquire, retain and possess a toxin, namely ricin, for use as a weapon.

A TRUE BILL

/S/

Foreperson

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes Section