HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JONATHAN C. AMINOFF (Bar No. 259290)
(E Mail: Jonathan_Aminoff@fd.org)
Deputy Federal Public Defender
321 East 2nd Street, Los Angeles CA (213) 894-5374

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Steve S. Kim<br><br>DEFENDANT. | CASE NUMBER<br><br>CR 18-901 TJH<br><br>**APPLICATION FOR REVIEW/RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE/DETENTION (18 U.S.C. §3142) AND REQUEST FOR HEARING** |

Application is made by ☐ plaintiff ☑ defendant Steve S. Kim
that a hearing be held to review /reconsider the decision of

☐ United States District Judge ______________________ by order dated: ______________

☑ Magistrate Judge Karen L. Stevenson by order dated: November 30, 2018

☑ denying release and imposing detention under subsection ☐ (d) or ☐ (e) of Title 18 U.S.C. §3142; or
☐ ordering release upon certain conditions, or
☐ denying detention.

This application is made ☑ pre-sentence ☐ post-sentence based on the following facts not previously considered by said judicial officer or changed circumstances as follows:

The presentation of two additional sureties: (1) Jenny Kim is willing to sign an unjustified affidavit of surety in the amount of $50,000; and (2) Brenda Kim is willing to sign an unjustified affidavit of surety in the amount of $30,000. Steve Kim and Jenny Kim are also willing to post their house, in which they have approximately $240,000 in equity, as a justified surety. We will also present evidence that Mr. Kim is not a flight risk and does not pose a danger to the community.

Relief sought *(be specific):*

Release subject to intensive pretrial supervision and restrictive pretrial conditions, including but not limited to a home detention program, and, if necessary, relocation to Mr. Kim's parents home in Ontario, California.

Counsel for the defendant and plaintiff United States Government consulted on 1/15/2019
and opposing counsel declines to stipulate to an order providing the relief sought.

☐ Telephonic notice given to ☑ AUSA ☐ Defendant's Counsel ☑ PSA ☐ Interpreter ☐ USM ☐ Probation
on 2/1/2019 (via email).

An interpreter is ☐ required ☑ not required. Language ______________
Defendant is ☑ in custody ☐ not in custody.

February 1, 2019
Date

/s/ Jonathan C. Aminoff
Moving Party