NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-6436
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE S. KIM,<br><br>Defendant. | CR No. 18-0901-TJH<br><br><u>GOVERNMENT'S STATEMENT REGARDING ORDER FOR CONTRIBUTION TOWARDS ATTORNEYS FEES 18 U.S.C. § 3006A(f)</u> |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its Statement Regarding Order for Contribution Towards Attorneys Fees 18 U.S.C. § 3006A(f).

//

//

//

//

//

This government's statement is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: February 7, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/

REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## GOVERNMENT'S STATEMENT

On November 30, 2018, defendant Kim made his initial appearance in connection with the criminal complaint in this matter. Defendant Kim originally brought an attorney to the hearing to represent him. However, once the attorney heard the evidence in the case, the attorney determined that he had a conflict, and could not represent the defendant in this matter.

Defendant Kim then completed a financial affidavit so that the Court could determine if he was entitled to representation by the Federal Public Defender's Office. Upon reviewing the financial affidavit, the Court appointed the Federal Public Defender's Office for the proceedings on November 30, 2018 only, and also ordered that defendant Kim pay a total sum of $200 due not later than December 10, 2018 for the services rendered on November 30, 2018. See Ex. A (Court's December 3, 2018 Order).

On February 1, 2019, defendant Kim filed an Application for Review/Reconsideration of the Court's November 30, 2018 Order of Detention. In his application, defendant Kim proffered that his wife was willing to sign an unjustified affidavit of surety in the amount of $50,000, and that Brenda Kim was willing to sign an unjustified affidavit of surety in the amount of $30,000. Defendant Kim also proffered that he and his wife would be willing to post their house, in which they have approximately $240,000 in equity, as justified surety.

In reviewing the defendant's Application for Review/Reconsideration of the Court's November 30, 2018 Order of Detention, and preparing for the hearing in this matter, the government recalled the Court's December 3, 2018 Order related to

contribution for the appointment limited to the date of November 30, 2018. The government brings this information to the Court so that the Court can determine if additional contributions, or any other action is appropriate.

Dated: February 7, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# EXHIBIT A

Case 2:18-cr-00901-TJH Document 10 Filed 12/03/18 Page 1 of 1 Page ID #:30

FILED
CLERK, U.S. DISTRICT COURT
DEC - 3 2018
CENTRAL DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, v. STEVE KIM DEFENDANT(S). | CASE NUMBER 18MJ3184 |
| | **ORDER FOR CONTRIBUTION TOWARDS ATTORNEY'S FEES 18 U.S.C. § 3006A(f)** |

On November 30, 2018 defendant Steve Kim

☒ submitted a financial affidavit in support of defendant's request for appointment of counsel without payment of fees. After review of the affidavit, the court finds that the defendant has the present ability to make a contribution towards his/her attorney's fees.

☐ did not submit a financial affidavit, but appeared without counsel.

Subject to this order of contribution, the Court hereby appoints Cuauhtemoc Ortega as counsel for the defendant

☐ until further notice.
☒ for these proceedings only.

The defendant is ordered to pay towards attorney's fees in accordance with the schedule of payments set forth below:

☒ A total sum of $ 200.00
☒ due not later than December 10, 2018
☐ due in monthly payments of $ ________ beginning ________.

☐ Monthly payments of $ ________ to commence on ________ and to continue until final disposition of this case.

☐ Other ________

All cashier's checks and/or money orders must be made payable to: **CLERK, U.S. DISTRICT COURT** and mailed to: United States District Court, Central District of California, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, Attn: Fiscal Section. Your name and case number must be included on the cashier's check or money order.

This order is subject to reconsideration by the Court. The defendant is advised that he/she may be required, based upon his/her then present ability, to contribute a greater or lesser amount of money for attorney's fees upon reconsideration by the Court.

December 3, 2018
Dated

Karen L. Stevenson
United States ~~District Judge~~ / Magistrate Judge

cc: *Clerk's Office, Fiscal Section*
*CJA*
*FPD*
*PSA*