HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
LISA SHINAR LABARRE (Bar No. 246429)
(E-Mail: Lisa_Labarre@fd.org)
JONATHAN C. AMINOFF (Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant
STEVE KIM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>STEVE KIM,<br>Defendant. | Case No. 2:18-cr-00901-TJH<br>**DEFENDANT'S RESPONSE TO THE GOVERNMENT'S STATEMENT REGARDING ORDER FOR CONTRIBUTION TOWARDS ATTORNEYS FEES** |

Defendant Steve Kim, by his undersigned counsel of record, hereby files his response to the Government's statement regarding order for contribution towards attorneys fees in order to clarify whether Mr. Kim previously retained counsel, and bring some additional matters to the Court's attention.

On November 30, 2018, Mr. Kim made his initial appearance in connection with the criminal complaint in this case. Although an attorney was present with the Kim family in Court, counsel is informed and believes that that attorney was a member of Mr. Kim's church and accompanied Mrs. Kim to Court in an advisory capacity, not intending to represent Mr. Kim in his criminal proceedings. Indeed, the attorney in question, W. Dan Lee, specializes in employment law, does not have a criminal defense practice, and was not retained to represent Mr. Kim or his family in conjunction with these criminal proceedings.

As the Court is aware, Mr. Kim is presently in custody. Mr. Kim is the sole financial provider for his wife and two young children. Mrs. Kim is not presently employed and is a full time homemaker.

Mr. Kim's desire is to have the Office of the Federal Public Defender remain as his counsel.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

DATED: February 8, 2019 By */s/ Jonathan C. Aminoff*

JONATHAN C. AMINOFF
Deputy Federal Public Defender

Attorneys for Defendant
STEVE KIM