NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crime Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE S. KIM,<br><br>Defendant. | No. CR 18-901-TJH<br><br>GOVERNMENT'S NOTICE OF LODGING |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its notice of Notice of Lodging of a transcript of a Mirandized interview of Defendant Kim, set forth as Exhibit A. Both parties have referred to defendant Kim's post-arrest statements in

//

//

//

//

their respective briefs before the Court. The government lodges the transcript of the defendant's statements to supplement the record, and to assist the Court in its analysis.

Dated: May 15, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

/s/

REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[redacted]

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**

11000 WILSHIRE BLVD., STE. 1700
LOS ANGELES, CA 90024

| | |
|---|---|
| Requesting Official and Office: | SA Stuart Wright, Los Angeles |
| File Number: | [redacted] |
| Disc Number (Section): | Steve Sung Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1) |
| Transcriber(s) and Office/RA: | OST Douglas Davis, Los Angeles/LAFO and OST Virginia Barone, Los Angeles/LAFO |

**VERBATIM TRANSCRIPTION**

**Participants**

| | |
|---|---|
| SK: | Steve Sung Kim, Subject |
| SW: | SA Stuart Wright |
| RM: | TFO Richard Morton |
| MH: | SA Matthew Hutchison |
| UM: | Unidentified Male |

**Abbreviations**

| | |
|---|---|
| Primary language: | (standard) English |
| UI: | Unintelligible |
| OV: | Overlapping voices |
| PH: | Phonetics |
| TN: | Translator's Notes |
| SC: | Simultaneous conversation |
| IA: | Inaudible |

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

**[Section 1 of 1]**

**[Recording File Name: 0341_113018_jlc.007]**

[Start of Transcription by OST Virginia Barone 00:00:00]

[Beginning of recording 00:00:00]

SW: . . . competitive, but so my thing was I did – I did karate first and then I did Tae Kwon Do. Uh, for me the Tae Kwon Do was –

RM: Test. One, two, three. Test. Test. It is November 29th at 8:10 p.m. Myself, Richard Morton, with Stu Wright at the La Crescenta LASO Sheriff Station with Steve Kim.

[00:00:25]

[SA Wright's voice can be heard in the background.]

SW: -- hairline – hairline fractures.

SK: -- on my knee and my elbow.

SW: It was for – I don't know about you, but for me it was like fighting the white belts, sparring the white belts because they don't know and they're dropping elbows and all that, ah, God, but, yeah, so you got – you probably did like a Taeguek forms. I'm sorry – I'm sorry to talk about it. I just – it's – it gets excited to talk to about somebody because I hope – It's a part of my life I really, uh, fond of, um, in Koryo and all that good stuff.

Cool. So San Diego, A.D., did military time.

SK: I did, sir.

SW: U.S. Arm – Army, and, uh, what was – what was your specialty there?

SK: Transportation.

SW: Transportation?
Is that – So that's not like a – it's not an infantry style thing?

SK: Oh, it's – it was just – it was – I was a [UI] truck driver.

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SW: Okay. But you carried? You had the – if anything happened, you'd be – you were – you were over in –

SK: Iraq.

SW: -- Iraq?

SK: [OV] Yes.

SW: Nice. Very good. Very good. Thank you for that service. Um – I guess we'll get this out of the way. Do we have your consent to search your phone?

SK: Yes.

SW: Okay. Would you be willing to sign this just for [UI]?

SK: [UI] What are those?

SW: What's that?

RM: He can sign it or . . .

SW: Uh, yeah, uh, yes. Yes. I'm just going to put here....that it's an iPhone, got a ten of something you said?

SK: Uh, X.

SW: iPhone X.

MH: I just need your right wrist. Just leave your hand here till I take it off.

SK: Yes, sir.

SW: Okay. Today is – what is today?

RM: 29th.

SW: Oh, it's the 29th?

SK: 29.

SW: I should know that.

[00:02:10 – 00:02:19 No Conversation]

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

MH: There you go.

RM: You can relax your hands.

SW: Relax your hand. You take a drink . . . enjoy.
Yeah, thanks, man. Yeah, that's fine. Um . . .

SK: Thank you. [UI]

SW: Yeah, go ahead. Go ahead. Man, go right ahead. You're – shake them on out. I know that's – that's a mother.
Okay.

RM: Let's see all this stuff.

[00:02:49 – 00:03:12 Sounds of Paper Shuffling]

SW: So that's . . .

[Crashing noise 00:03:08]

SW: I'm going to read to you, uh, these, and I want you to read them, uh, actually read them, and I'll read them to you, um, just to let you know your rights you have for this. Um, and then you can sign off to those.

You have the right to remain silent. Anything you say, uh, can be used against you in court. You have the right to talk to a lawyer, uh, for advice before we ask you any questions. Uh, you have the – the right to have a lawyer with you during questioning. Um, if you cannot afford a lawyer, one will be appointed for you before any questioning if you wish. Um, if you decide to answer questions now without a lawyer present, you have the right to stop answering questions at any time.

Do you understand these rights?

SK: Yes, I do.

SW: Okay. Uh, I read the statement of that here, if you can sign there, sir.

[00:04:08 – 00:04:17 No Conversation]

SW: So . . .

[00:04:19 – 00:04:27 No Conversation]

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SW: Do you know why you're here today?
Can you tell me why you're here?

SK: I purchased ricin on, uh, the [redacted] web.

SW: Okay. What, uh, what platform did you use?

SK: Um, I – I don't remember.

SW: Okay. Um –

SK: Um, if I do want to call a lawyer during the, um, questioning, I'm – I'm free to do so or . . .

SW: Yes. Uh, the -- for that – at that point the questioning will stop. So, um, uh . . .

SK: If I – yeah, I mean I'm – I was just – just --

SW: Okay. And that's – no. That's fine. That's fine. I appreciate you asking that to clarify that. Uh, okay, so it was on the – on the dark web – on the [redacted] web, uh, and you did purchase ricin? Correct?

SK: Yes.

SW: Um, --

RM: You say you did it? Mr. Kim you say you don't remember what platform it was though?

SK: Yeah. I – I don't remember.

RM: Okay.

SK: Um, I don't remember the name.

SW: Okay. Uh –

RM: How – How did you --

SW: Go ahead.

RM: Sorry.

[OV/UI]

SW: [UI] – them, not to me.

RM: How'd you – how did you learn about the [redacted] web?

SK: It was just something on TV, and then, um, initially it was, um, I saw like fake counterfeit, uh, luxury items.

RM: Uh-huh.

SK: And, um, you know I started buying that and then we kind of stumbled on different sites, and, uh, -- if you need – if that's how you want me to answer it.

RM: Okay.

SK: Or do you want me –

RM: No. I'm just curious. So –

SW: You can talk about [UI] –

RM: Just so I understand, so you learned about the [redacted] web from watching TV? And through that same TV – or was it once you went on you learned about counterfeit luxury items?

SK: Well, um, it's just like at night, you know, if you can't sleep, you kind of just – just you know be as long life.

RM: Oh.

[00:06:23]

SK: You know, um, I think it was like a TV show where they talked about – someone talked about the [redacted] web –

RM: Okay.

SK: -- um, buying illegal games and so, um, at first it was just out of curiosity.

RM: Right.

SW: Uh-huh.

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

RM: So someone like me that's not very computer savvy – eh-heh– like how would you know – like how would you – like I wouldn't even know how to get onto the [redacted] web.

SK: I – I mean just from the little bit on the TV show and then just me working in technology, it –

RM: Oh, okay.

SK: -- wasn't really – it's not really hard to –

RM: Not that difficult. [OV]

SK: -- [OV] figure out. Yeah.

RM: Okay.

[00:06:52]

SW: Do you remember the TV show by any chance?

SK: Uh, I think it was called *Mr. Robot.*

SW: Oh, okay. And that was like a popular – is that like, eh, I forget what channel it's on, but I think I've heard of that before.

RM: So, Mr. Kim, before this purchase of ricin, you said you – so did you buy some things before?

SK: Yeah, um, so, um, I tried to buy cyanide. I was going to, um, I was thinking about just trying to kill my –

RM: It's okay, sir.

SW: It's okay.

SK: My, my wife and I, we've had some marital problems. You know she – in the heat of the moment, she kind of – she blames me for things, and she threatens to walk out.

RM: Okay.

SK: So I thought about it, you know. I – I couldn't bring myself to jump off or jump in front of a train or anything.

RM: Uh-huh.

[00:08:03]

SK: You know I didn't want to – my kids to come home and see [gasp/sob] –

RM: Alright.

SW: Um . . .

SK: [Crying]

RM: It's alright.

SW: Just let it out man. Just let it out man. No, that's – uh . . .

RM: We're both married and have kids so –

SW: Yeah.

RM: -- we totally understand.

SW: You better believe it.

RM: You know –

SK: You know – I just thought, you know, I'll just take something and make it easy. You know when I first came back from Iraq, I was – I used to be just so pissed off, you know, just – I just didn't care, and I would just pop pills and drink.

SW: What'd you take?

SK: Take anything I could get you know. When I hurt my shoulder, it was like Percocet. I – it's – I would just take half a bottle and nothing would happen, so I thought, you know, you hear in movies like cyanide –

SW: Uh-huh.

SK: So . . . [sobbing]

SW: Just let it out man. I – yeah.

SK: [Sobbing 00:09:15 – 00:09:27]

File Number: 3[redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SK: You know I don't – I don't want to be a burden. I don't want them to – my wife is going to go home to see her parents, and I was going to – you know when she was gone, I was going to draw my other son out from my parents and just . . .

[00:09:43 – 00:09:49 No Conversation]

SW: So you were going to take your – take your own life with – with the cyanide? Was that the intent to purchase cyanide?

SK: Yeah, I just – I tried to buy cyanide and then it didn't – I -- the -- the guy just took – took my money.

SW: Okay.

SK: And so I just –

[00:10:06]

SW: And you paid using – How did you pay?

SK: Bitcoin.--

SW: [OV] Bitcoin.

RM: How much did you lose, Mr. Kim, on the cyanide?

SK: I – I don't remember.

RM: Less than a thousand? More than a thousand?

SK: It was less than a thousand.

RM: Okay.

[00:10:23 – 00:10:29 No Conversation]

SW: Did you buy anything else off the – off the web on – on purpose?

RM: We had talked about, uh, luxury items. Did you ever purchase any of that?

SK: Yeah, it was like fake shoes and fake wallets.

RM: Okay. Typical stuff.

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SW: Yeah.
When did you start the [redacted] web purchasing?

SK: Uh, I – I don't – it hasn't been very long.

SW: Okay. Couple years?

SK: Not, not even that.

SW: Not even a couple years? Okay. About a year maybe? Something like that? Okay.

SK: [No Audible Response]

SW: Um, when did you go from wanting to, uh, take cyanide to wanting to – to do the ricin on – on your wife?

SK: What was that? On my wife?

SW: Yeah. You – was it for your wife?

SK: [No audible response]

SW: Okay. The ricin for you?

SK: Yeah. Uh, when I – when the ricin couldn't – when it didn't come through . . . My wife and I got in a big argument, and she's, uh, and it seem like she was just blaming – so she's had a lot of health issues too.

SW: Hmm.

SK: And she kind of, um, -- she – she said I – I was the source of a lot of her stress. Uh, so, I think I was looking – because I couldn't get the ricin, I just looked at – or the cyanide, I looked up other poison.

SW: Other poison.

[00:12:10 – 00:12:21 No Conversation]

RM: So for the ricin, Mr. Kim, were you always intending to take that? It was never – never thought about for your wife?

SK: I mean when I think about my kids and -- I -- I -- as mad as I am, I don't – I just – I wouldn't want them to lose their mom.

RM: After that – that's actually why I'm asking the question to be honest with you because, as a father to a father, you seem to have a lot of love for your children.

SW: Yes.

RM: So it just seems to me that you wouldn't want to be a part of their life. Does that make sense?

SK: I do. But it's – sometimes it just seem like everything I do, it's just not enough.

RM: Right.

[00:13:13 – 00:13:19 No Conversation]

RM: When you, uh, made these purchases on the dark web, what, uh, -- is there a certain moniker or user name that you typically used?

[00:13:30 End of Transcription by OST Virginia Barone]

[00:13:31 Start of Transcription by OST Douglas M. Davis]

SK: Yeah. It was s-s-something I made up. [UI].

RM: Do you remember what it was?--

SK: [OV] [UI] [redacted].

SW: [UI] [redacted].

SK: Yeah.

RM: What--What's the significance behind it? Or what's the . . . There's gotta be a story behind that. Right?

SK: Ah. My friends, we used to play video games [UI].

RM: Uh.

SK: Like one of these or his. It's just, like, the first thing that.

SW: Okay. Based on video games.

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

RM: So, it's like a username for video games? Did it . . . like . . . no nickname or, like, I--I, obviously, when I play video games, my buddies gave me a nickname. And that's what I use when I play online. So. Did they give that name to you for a reason? Or?

SK: No. It was just some name that [inhales] we came up, uh, eh, I just randomly made up a name. Someone had made a joke about it. And then I just.

SW: Hm.

SK: You know. When it came time to pick a username I just picked it.

RM: Okay.

SK: [sniffs] U-ah.

[00:14:20 – 00:14:27 No Conversation]

SW: So [redacted]. Hmm. . . . Do you remember any of the other market places that you visited?

SK: Yeah. Um. [UI] one was called [redacted] [PH 00:14:40].

SW: [redacted] Okay.

SK: [sniffs] And, um, [redacted] [PH 00:14:45].

SW: [redacted]?

SK: Yeah.

SW: Okay. . . . Uh, [redacted] [PH 00:14:51]?

SK: Yes. Yes. That--

SW: [OV] Okay.

SK: --was, that was [UI].

SW: That was what?

SK: That was where I purchased the ricin.

RM: Okay.

[00:14:58 – 00:15:03 No Conversation]

SW: Now, you, did you use [redacted] on all those?

SK: Yeah.

SW: Okay.

UM: Okay. Mm.

UM: [sniffs]

SW: How'd you find [redacted]

SK: I don't--I don't remember. I think I was just searching.

SW: Eh, where you searching for ricin? [knocking sounds] Or what were you searching for?

SK: Uh. It was cyanide or ricin.

SW: 'Kay. And--And. Okay. Mmm. [pause] Did you, eh, oh. Did you use certain web sites to search for them? How'd you find [redacted]?

[00:15:33 – 00:15:35 No Conversation]

SK: Yeah. I think it was, like, Duck Duck Go [PH 00:15:36], or.

SW: Okay. . . . Duck Duck Go.

UM: [sniffs]

RM: Is Berlusconi the same dark web you used to buy, or attempt to buy, the cyanide?

SK: There were a couple a sites where I attempted to buy it, an just didn't.

RM: Didn't pan out?

SK: [UI].

SW: Just kind-a rip off sites. [inhales] Mmm. [exhales]

SK: I mean, from what, um,...

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

[00:16:00]

[clanking and paper rustling sounds]

SK: ...from what I read it was pretty common ta, um, have a lot-a scammers.

RM: M-hum.

SK: So I was just looking for the first, uh. [sniffs] [inhales and exhales loudly]

RM: Have you yourself ever advertised anything for sale?

SK: No.

RM: No? Never sold anything on the [redacted] web?

SK: No.

RM: Oh.

[00:16:19 – 00:16:25 No Conversation]

UM: [sniffs]

RM: And when you were makin' this purchase did you communicate, like, private message? Or was it an open forum? Or?

SK: Ah, it was through the platform. [clanking sounds]

UM: Mmm.

RM: Through the platform?

SK: Yes.

RM: The website platform?

SK: Yes.

[pause]

SW: Did you use TOR [PH 00:16:41]?

SK: Yes.

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SW: TOR was, okay, was the one. 'Kay.

[00:16:44 – 00:16:50 No Conversation]

SW: Hmm.

SW: Uh, so now, [paper rustling] you didn't receive . . . You received the shoes and the other stuff,--

SK: [OV] Uh.

SW: --that you got.

SK: O-Occa--, yeah, occasional.

SW: N'kay. Didn't--

SK: [OV] Were--

SW: --receive any of the cyanide, like you said, right?

SK: Yeah. I mean, there were a . . . I mean the, ah, I don't remember everything. You know, I just, like, to experiment, I just tried buying some [UI]. Some stuff came. Some stuff didn't.

SW: [UI]. I gotcha. How was that stuff packaged . . . when you got it?

SK: Just like...

SW: Regular package. [UI] packaging. Okay. Mmm. . . . Did they provide tracking numbers?

SK: Ah-h.--

SW: [OV] Were you able to track the packages?--

SK: [OV] [UI] Yeah.

SW: Okay. And do you remember the countries that they came from?

SK: No. [UI].

SW: Okay.

[00:17:35 – 00:17:47 No Conversation]

SW: And when you got these packages, the shoes, and what not, um, where'd ya have them sent?

SK: Usually to work.

SW: To work. . . . Fifty six seven oh [56-7-0]?

SK: Yes.

SW: Okay.

RM: Would you say that everything you purchased on [redacted] web you had sent ta--

SK: [OV] Yes.

RM: --work?

SK: Um, generally [clears throat] my wife and I have everything sent to work 'cause, um, we have package thieves.

RM: Oh. Okay. Yeah. It's very common now-a-days.

[00:18:15 – 00:18:19 No Conversation]

UM: [UI].

[00:18:20 – 00:18:23 No Conversation]

SW: How long have you been there in, uh, how long have you lived in La Cresenta [PH 00:18:25]?

SK: I think it's about two [2] years.

SW: About two [2] years? Okay. Pretty much happy with the neighborhood?

SK: Yeah.

SW: Other than the package thieves. I guess [UI] common issue now-a-days. Okay.

RM: Mr. Kim were all your purchases of always, were they always with bitcoin or did you use other type of virtual currency?--

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SK: [OV] No. It was just, um, . . . [inhales] It was just bitcoin. I mean it was the easiest. It wasn't like I was really, [exhales] . . . you know, tryin' ta . . . I just wanted it.

[00:18:59]

RM: Un.

SK: Yeah, uh,--

RM: [OV] Yeah.

SK: I wasn't, like, tryin' ta . . . I wasn't too concerned about.

RM: Have you ever--Have you ever . . . I don't even know if you've heard of it, have you ever used a bitcoin A-T-M [PH 00:19:08]?

SK: Uh, I've heard of [UI]. I've never used [UI].--

RM: [OV] Okay.

SK: It's just easier ta just, uh, buy online.

SW: Hmm.

[00:19:15 – 00:19:21 No Conversation]

RM: So with the bitcoin is there . . . Do you have a wallet address?

[clanking sounds]

SK: Yeah, um. [paper flipping sounds] The platforms in order to accept it, um, you have to have, uh, you wouldn't be able to transfer it from, like, uh, a na-, a normal account. So, uh, yeah, I. What I read was that you had have a--a, . . . . not a online wallet. But like, a--a, a wallet on a, like a, a thumb drive.

SW: Thumb drive.

SK: Yeah.

SW: Yeah.

RM: So--

SW: [OV] Uh,--

RM: --Is there a--

SW: [OV] A locker.

SK: Or, yeah.

SW: Bit locker. Or something [UI] call it.

RM: So there's no address, per se, then. Or is there?

SK: I--I, I don't know. I, I don't. . . . I think it changes.

RM: Okay.

SW: How'd you do these communications when you were tryin' to buy this stuff?

SK: Just on the platform.

SW: On the platform? You never . . . Did you ever use a private messaging platform? Or of, uh,--

SK: [OV] It was--

SW: --Whats App [PH 00:20:12], or something like that?

SK: No. There was one where they tried to use, uh, Proton [PH 00:20:18] email. ProtonMail [PH 00:20:19], but . . . it didn't pan out.

SW: It didn't, uh, it didn't work out for you? Or didn't?

SK: I . . . I sent money for the cyanide [paper flipping sounds] and, uh, it never came.

SW: Okay. [pause] So then you just decided from now on, at that point, you were just gonna not gonna do a proton mail.

SK: [inhales] Well, at that point, I felt like I couldn't get cyanide.

[00:20:44 – 00:20:51 No Conversation]

UM: [UI]

[scratching sound]

RM: Do ya- . . . Do you have any knowledge of, uh, chemicals, or biological toxins?

SK: No.

RM: Are you [paper rustling] familiar with ricin at all?

SK: I mean, just from what I've seen on TV. [paper rustling]

RM: Okay.

[00:21:05 – 00:21:08 No Conversation]

SW: How much ricin did you order?

SK: Ah, I do-, I don't know the exact amount.

SW: Okay.

SK: I--I. [pause] The, uh, the seller asked for the weight. And I just tried to calculate it in kilograms.

SW: 'Kay. And what did you say?

SK: I--I don't remember.

SW: You don't remember?

SK: Yeah. It was just for one person.

SW: N'kay.

RM: So you, did you try ta convert kilograms of you weight?

SK: Yeah.

RM: And how much do you weigh?

SK: Uh, one fifty [150].

UM: Okay.

[00:21:40 – 00:21:44 No Conversation]

RM: Do you know where ricin comes from?

SK: I don't know.

UM: No.

[00:21:48 – 00:22:00 No Conversation]

[00:22:00]

UM: Hum.

SW: Did you use [UI] Pretty Good Privacy [PH 00:22:07], or P-G-P [PH 00:22:08]?

SK: Yeah. You, uh, you have to.

SW: Okay. Yea-. It's a pa-, part--

UM: [clearing throat]

SW: --of it.

UM: [clearing throat]

SW: Did you back up your keys? Your privacy keys?

SK: No.

SW: Okay. [pause] Um. All your passwords, for the dark web, do you store them . . . somewhere?

SK: No. I just used the same one.

SW: It's the same one? 'Kay. Would you tell us what that password is?

SK: It was, uh, [redacted] [PH 00:22:30]. . . . [redacted].

SW: [redacted] All lower case?

SK: Yes.

[pause]

SW: [redacted]

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

RM: 'Kay. So, for a computer illiterate guy, what's a P-G-P? [laughs]

SK: It's, uh . . . It stands for Pretty Good Protection. So, uh, I--I, from w-what I learned,--

RM: M-hum.

SK: --in order to make it secure, you have to use, uh, like, a normal website. [UI] you can just log on but they track your I-P [PH 00:23:00].

RM: Okay.

SK: So, in order to log on you have ta, they have to validate that you using some sort of encryption.

RM: Oh-h.

SK: So that no one, like, if you don't have the key, like, no one would be able to read your messages.

RM: Oh, it, uh. . . . And that prevents them from tracking your I-P address?--

SK: [OV] Yeah. So. . . . Like, eh, when they ask me ta [inhales] . . . If a seller is asking for information they usually require you to encrypt it with their key.

RM: Uh-huh.--

SK: [OV] So that only someone with the key would be able to decode that message.

[00:23:33]

RM: Got it. [UI].

SK: It's, like, a decoder ring.

SW: Decoder--

RM: [OV] Yeah.

SK: [UI].

UM: [sniffs]

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SK: Um. Yeah. They would give it to the buyer. And the buyer would just send messages after scrambling the messages.

RM: Right.--

SK: [OV] So only that person can decode that.

RM: Got [UI].--

SW: [OV] M-mm.

RM: Interesting.

SW: Why'd you choose [redacted]?

SK: [redacted]

SW: [redacted]t. Okay. I guess I [UI]. Um. Now that's--that's your password for, uh, pretty much all your accounts that you use on [redacted]k web?

SK: Yeah.

SW: D-, un, D-, Whad-a, Which--

SK: [OV] I--I.

SW: --one?

SK: I think so. I mean I.

SW: Okay. [UI].

UM: [clears throat]

SW: Do you know what--what, uh, sites those are?

SK: Uh, just the ones [UI].--

SW: [OV] The ones. Okay. Uh-h-h. [UI] for the . . [redacted]?

SK: Yeah.

SW: [redacted]? Okay. [paper rustling] Those three [3]. Um. Are there your frie-, your friends, or family, aware of that?

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SK: Yeah.

SW: Okay. Your wife has no idea [UI]--

SK: [OV] No she [UI].

SW: --[redacted] web stuff?

[00:24:30]

RM: Mr. Kim have you yourself ever tried to, uh, manufacture any type of chemical?

SK: Like, uh, like drugs?

RM: Oh, like, like ricin, or cyanide, or.

SK: I--I, um, [clears throat] . . . We had some, uh, pain killers. [loud clanking sound] My wife had a, uh [loud clanking sound], she had a incident and she broke her tail bone. So she had some pain killers. And then so I tried ta take the pain killers myself. But, um, I wasn't tryin' ta make anything. I--

RM: [OV] Oh.

SK: --was just.

RM: You're tryin' ta just numb your pain that you already spoke of.

SK: Yeah. I--I mean. . . . Yeah.

SW: Okay.

[00:25:12 – 00:25:14 No Conversation]

SW: Uh, that, an, was that the Percocet [PH 00:25:16] she had? Or?

SK: Excuse me?

SW: What--Wha--What did she have? What were the pain killers that she had? Do you remember?

SK: Uh, I think they were Norco [PH 00:25:23].

SW: Norco. Okay. . . . You hurt your shoulder. Was it doin' Jujitsu? Or was it [UI]?

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

[00:25:30 – 00:25:35 No Conversation]

SK: Yeah.

[00:25:36 – 00:25:39 No Conversation]

SW: That's actually pretty, uh, good. 'Cause it's usually the back. A lot of people do Jujitsu and they have back injuries. So, shoulder, I mean, that's, uh.

UM: [clears throat]

[paper rustling]

SW: [UI].

SK: Um. [pause] I. [pause] I wanna call a lawyer just so, like, my--my wife, and my kids, an, you know? Ah. I just wanna make sure that they're,--

SW: That they're--

SK: [OV] --they're okay.

SW: --safe?

SK: Yeah. I mean. Is it alright if I call a lawyer to have them do that? Or is that somethin' that I?

RM: Yeah. I mean you have the right at any time, uh, ta talk to a lawyer. We would obviously just stop our questioning and let you, uh, make whatever calls you need to make. Um. That's obviously--

SK: [OV] [UI] Is that okay?

RM: --your right.

SW: That's okay. That's . . . Make sure [UI]. Is that what you want to do? You want to stop?

[00:26:28]

SK: Uh, yeah. I mean, just to call the lawyer.

SW: Just to call a lawyer. Then you wanna return?

File Number: [redacted]
Disc Number: Steve Kim Arrest Interview, 11/29/2018, Disc 1 of 1 (Section 1 of 1)

SK: [exhales] Yeah. Uh, yeah.

SW: Okay.--

SK: [OV] [UI].

[00:26:34 – 00:26:36 No Conversation]

SK: Can we just, um. I mean I--I, I don't have a lawyer. So I--I wanna call someone--

SW: [OV] [UI].

SK: --to see if they can call a lawyer for me.

RM: Yeah. Sure.

SW: Okay.--

RM: [OV] We'll just stop.

SW: --Sure.

RM: We'll stop.

SW: We'll stop right now.

RM: Eight thirty seven [8:37 p.m.].

SW: Yeah. We'll stop. [UI].

[loud clanking sounds]

[Recording terminates at 00:26:53]

[End of Transcription by OST Douglas M. Davis]