FILED
CLERK, U.S. DISTRICT COURT
JUN - 6 2019
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE S. KIM,

Defendant.

CR No. 18-901(A)-TJH

FIRST SUPERSEDING INDICTMENT

[18 U.S.C. § 175(a): Prohibition with Respect to Biological Weapons; 18 U.S.C. § 229(a): Prohibited Activities with Respect to Chemical Weapons]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 175(a)]

On or about November 29, 2018, in Los Angeles County, within the Central District of California, defendant STEVE S. KIM knowingly attempted to transfer, acquire, retain and possess a biological toxin, namely ricin, for use as a weapon.

COUNT TWO

[18 U.S.C. § 229(a)]

On or about October 9, 2018, in Los Angeles County, within the Central District of California, defendant STEVE S. KIM knowingly attempted to acquire, receive, retain, own, possess, and use a chemical weapon, namely potassium cyanide.

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

Reema El-Amamy For:

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, Terrorism and Export Crimes Section

REEMA M. EL-AMAMY
Assistant United States Attorney
Terrorism and Export Crimes Section