NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE S. KIM,

Defendant.

CR No. 18-0901-TJH

GOVERNMENT'S NOTICE OF NON-OBJECTION TO THE PRESENTENCE REPORT

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its notice of non-objection to the presentence report for defendant Steve S. Kim.

//

//

//

//

//

This government's non-objection is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: October 29, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**GOVERNMENT’S NOTICE OF NON-OBJECTION**

On September 9, 2019, defendant Kim pled guilty to Count One of the First Superseding Indictment. Count One charges Prohibitions with Respect to Biological Weapons in violation of 18 U.S.C. § 175(a). The government has reviewed the Presentence Report (“PSR”), and has no objections to the information contained in the PSR, including the PSR’s calculation of the applicable guideline, as well as its summary of the pertinent conditions of the plea agreement.

Specifically, the parties agree that, beginning on September 29, 2018 through November 29, 2018, while in Los Angeles, California, defendant Steve S. Kim attempted to obtain ricin from an online seller. During the negotiations with the seller, Kim stated that the ricin was intended for an individual who weighed 110 pounds, inquired about the price, and agreed to pay 320 Euros for the ricin. The seller concealed a substance purporting to be ricin inside a product, which was delivered to the address Kim provided the seller, which was the office where Kim worked in Los Angeles. Kim took the parcel home and accessed the fake ricin. Kim admits that he did not intend to use the ricin for a prophylactic, protective, bona fide research, or other peaceful purpose.

The government recommends that the defendant be sentenced to 87 months’ imprisonment. The government further recommends that the defendant be placed on supervised release for three years, and be ordered to pay a special assessment of $100. The government maintains that the sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those

goals. It reflects the very serious nature of the offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not.

Dated: October 29, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA