NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE S. KIM,<br><br>Defendant. | CR No. 18-901-TJH<br><br>GOVERNMENT'S REPLY TO THE DEFENDANT'S SENTENCING POSITION AS WELL AS THE UNITED STATES PROBATION OFFICE'S ADDENDUM |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Reema M. El-Amamy, hereby files its reply to the defendant's sentencing position for defendant Kim as well as the United States Probation Office's Addendum.

//

//

//

//

//

This government's reply is based upon the attached statement, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: November 12, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA

**GOVERNMENT'S REPLY**

On October 29, 2019, the Government filed its non-objection to the Presentence Report ("PSR"), and, consistent with the terms of the plea agreement, recommended that the defendant be sentenced to a term of imprisonment of 87 months. (Dkt. 78.) On November 4, 2019, defendant Kim filed a sentencing position paper, and requested a sentence of time served - which is a sentence of less than a year from the date that defendant Kim was arrested, and a sentence that is 58 months below even the low end of the applicable guideline range. (Dkt. 79.)[1] On November 8, 2019, the United States Probation Office ("USPO") filed an addendum to the PSR rejecting the defendant's arguments regarding the guideline calculation in this matter. (Dkt. 80.)

At the crux of the defendant's argument for a sentence of time served is an argument that defendant Kim intended to use the ricin that he attempted to illegally purchase to kill himself. The government rejects that argument. As set forth below, defendant Kim made clear that the ricin he wanted to purchase was for a 110 pound person. (Plea Agreement at ¶ 9.) At no point when defendant Kim was ordering the toxic substance did he make statements about suicide, and he instead described how he wanted to covertly put the ricin in the drink of the 110 pound person. In fact, defendant Kim made clear that "**they** would be drinking [the ricin]. So would that come in a liquid? Is powder easier to ship?" (PSR at ¶ 16) (emphasis added). Had defendant Kim been truly interested in just killing himself or harming himself, it wouldn't matter if the substance came in a powder

[1] Defendant Kim has also indicated that he intends to file a video with the Court prior to sentencing. (Def Pos. at 1.)

or a liquid form. Defendant Kim was concerned about the form of the ricin because he intended to conceal the ricin in someone else's drink.

Moreover, unlike the cases cited by the defendant where individuals produced or attempted to produce ricin at their residence, defendant Kim sought to have this highly dangerous and toxic material shipped by the United States Postal Service and delivered to a busy Los Angeles office building. Had the substance that the defendant ordered been real, many people could have been severely injured or killed. The government continues to maintain that a sentence of 87 months is an appropriate sentence for defendant Kim.[2] A sentence of 87 months takes into account the guideline sentencing range, reflects the seriousness of the offense, takes into account the potential harm defendant Kim's conduct caused the community at large, and provides just punishment for the offense.

**A. The USPO Has Correctly Calculated the Guideline Sentence**

The USPO has determined that the guideline for a violation of 18 U.S.C. § 175(a) is U.S.S.G. §2M6.1. The government agrees with the USPO that defendant Kim "purchased what he believed to be ricin on the dark web in order to cause harm." (PSR at ¶ 47.) Defendant Kim "purchased the ricin using cryptocurrency and provided the seller with a delivery address." (Id.) Defendant Kim "brought the package home, opened the package, and obtained the vial of what he believed

---

[2] The plea agreement precludes the government from arguing for a sentence higher than 87 months. (Dkt. 72.) Now that the defendant has argued for a sentence substantially below the guideline range, the government sets forth arguments regarding why a sentence at the high end of the guideline range is appropriate.

to be ricin and placed it in his garage." (Id.) Defendant Kim "was arrested on the same day before he could use the fake ricin." (Id.)

The government agrees with the USPO that, pursuant to U.S.S.G § 2M6.1(a)(2), the base offense level is 28. Additionally, the government agrees that, because "[t]he instant offense involved ricin, which is listed as a select biological toxin according to the Federal Select Agent Program maintained by the Department of Health and Human Services," a two level enhancement applies. (PSR at ¶ 49.) The government agrees that the Total Offense Level for defendant Kim is 70-87 months, and the government continues to recommend a guideline sentence of 87 months for defendant Kim.

**B. A Sentence of 87 Months is Appropriate for Defendant Kim**

Website #1 is a hidden service website that is a publicly-accessible marketplace on the internet where people believe that they can operate with anonymity, and obtain various illegal products, including ricin. (PSR at ¶ 7.) On September 29, 2018, an FBI Online Covert Employee ("OCE") posing as an online seller for website #1 received an unsolicited message from defendant Kim, using the moniker Jabber451, inquiring about the availability of ricin. (Id. at ¶ 9.) Defendant Kim stated that he wanted a lethal dose of ricin to administer to an individual who weighed 110 pounds, and advised that the ricin should be shipped to his business in Los Angeles, California. (Id.)[3] Defendant Kim specified that the ricin would be

---

[3] At the same time, on or about October 9, 2018, defendant Kim was also attempting to obtain a chemical weapon, potassium cyanide, from a website similar to website #1. (Dkt. 57.) Defendant Kim also developed an interested in psychedelics, and purchased ayahuasca from a similar website. (Id. at ¶ 104.) Defendant Kim admitted that he previously used prescription opiates as a way to "take the edge off." (Id. at ¶ 119.)

for a person who weighed 110 pounds[4], and the OCE confirmed that with "that weight not a lot of ricin [would be needed] for it to be a bad day for [the] person." (Id. at ¶ 16.) Defendant Kim specified that the person defendant Kim intended to give the ricin to "would be drinking it." (Id.) Defendant Kim told the OCE that he wanted the shipment of ricin to be "expedited since [he was] on a time constraint now." (Id. at ¶ 20.) Defendant Kim directed that the ricin be shipped to him via the United States Postal Service. The government agrees that defendant Kim's "conduct had the potential of endangering the community. [He] caused what he believed to be a lethal biological toxin to be shipped through the United States Postal Service where it was delivered at his place of employment." (Disc. Rec. Letter at 4.) The government agrees with the USPO that "[h]ad [defendant] Kim been successful in obtaining ricin, he could have seriously harmed many people who unknowingly came into contact with the hazardous package." (Id.)

Defendant Kim received the package containing the ricin on November 29, 2019. He attempted to access the ricin that evening while his wife and his children were at home. Law enforcement conducted a search of defendant Kim's Apple iPhone and identified the following searches among others: "God help me with my anger;" "anger coping;" "anger coping skills for adults;" "anger suppo;" "anger support groups;" "coping techniques for anger;" "anger management

---

[4] At the time that defendant Kim ordered the ricin, his driver's license indicated that defendant Kim's weight was 170 pounds. Defendant Kim now weighs 150 pounds. (PSR at ¶ 92.)

skills" (searched five time); and anger management (searched eight times).[5] (Id. at ¶ 25.)

On November 29, 2018, law enforcement interviewed defendant Kim's wife, who weighed approximately 110 pounds. (PSR at ¶ 26.)[6] Defendant Kim's wife had recently stopped working due to medical problems that included seizures. (Id. at ¶ 27.) Defendant Kim's wife stated that she and defendant Kim were having some marital problems and that defendant Kim had recently become distant. (Id.) Defendant Kim's wife attributed their marital problems to the stress of their children, her medical issues, and having been married for eleven years. (Id.) During her illness, defendant Kim was the sole financial provider. (Id. at ¶ 86.) Defendant Kim's conduct has been traumatic for his wife and his children. Indeed, according to defendant Kim's wife, she did not even tell her parents that her husband was in federal custody until just recently.

The government continues to recommend a sentence of 87 months, and maintains that the sentence takes into consideration the 18 U.S.C. § 3553(a) factors, and is not greater than necessary to achieve those goals. It reflects the very serious nature of the

//

//

//

---

[5] Employees at defendant Kim's place of work noticed defendant Kim's anger issues. In early 2017, it was suspected that defendant Kim either kicked or punched a men's bathroom stall off of the stall top hinge. (Id. at ¶ 32.) Additionally, defendant Kim would sometimes raise his voice, and snap over topics generally not worth getting upset about. (Id. at ¶¶ 32, 35.)

[6] After defendant Kim's arrest, defendant Kim's wife was able to consult more than once with the Victim Witness Coordinator at the United States Attorney's Office, and was notified of all of her rights as a crime victim.

offense, promotes respect for the law, provides just punishment for a serious offense, and affords adequate deterrence to defendant's conduct in a manner that a lower sentence would not.

Dated: November 12, 2019

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Reema M. El-Amamy*
REEMA M. EL-AMAMY
Assistant United States Attorney

Attorneys for Applicant
UNITED STATES OF AMERICA