UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, V. STEVE KIM, DEFENDANT. | CR 18-00901-TJH<br>LOS ANGELES, CALIFORNIA<br>NOVEMBER 18, 2019<br>(10:13 A.M. TO 10:22 A.M.) |

SENTENCING HEARING

BEFORE THE HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

APPEARANCES: SEE NEXT PAGE

COURT REPORTER: RECORDED; COURT SMART

COURTROOM DEPUTY: YOLANDA SKIPPER

TRANSCRIBER: DOROTHY BABYKIN
COURTHOUSE SERVICES
1218 VALEBROOK PLACE
GLENDORA, CALIFORNIA 91740
(626) 963-0566

PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

APPEARANCES:

FOR THE PLAINTIFF UNITED STATES OF AMERICA:

NICOLA T. HANNA
UNITED STATES ATTORNEY
BRANDON FOX
CHIEF, CRIMINAL DIVISION
ASSISTANT UNITED STATES ATTORNEY
BY: REEMA EL-AMAMY
ASSISTANT UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CALIFORNIA 90012

FOR THE DEFENDANT STEVE KIM:

HILARY POTASHNER
FEDERAL PUBLIC DEFENDER
BY: JONATHAN C. AMINOFF
LISA SHINAR LA BARRE
DEPUTY FEDERAL PUBLIC DEFENDERS
321 EAST 2ND STREET
LOS ANGELES, CALIFORNIA 90012

# I N D E X

CR 18-00901-TJH NOVEMBER 18, 2019

PROCEEDINGS: SENTENCING HEARING

LOS ANGELES, CALIFORNIA; NOVEMBER 18, 2019; 10:13 A.M.

THE CLERK: -- STEVE S. KIM.

COUNSEL, STATE YOUR APPEARANCE AT THE LECTERN, PLEASE.

MS. EL-AMAMY: GOOD MORNING, YOUR HONOR.

REEMA EL-AMAMY ON BEHALF OF THE UNITED STATES.

THE COURT: THANK YOU.

MR. AMINOFF: GOOD MORNING, YOUR HONOR.

DEPUTY FEDERAL PUBLIC DEFENDERS JONATHAN AMINOFF AND LISA LA BARRE FOR MR. KIM, WHO IS PRESENT IN CUSTODY.

THE COURT: YES.

MR. AMINOFF: YOUR HONOR, ALSO WITH US IN THE COURTROOM ARE VARIOUS MEMBERS OF MR. KIM'S FAMILY, INCLUDING HIS PARENTS, HIS WIFE, HIS WIFE'S PARENTS, HIS WIFE'S SISTER, AND HIS PREACHER AND VARIOUS OTHER FRIENDS.

IF THEY COULD JUST PLEASE RISE FOR ONE MOMENT JUST SO YOU CAN -- YOUR HONOR CAN SEE WHERE THEY ALL ARE.

THE COURT: ALL RIGHT. THANK YOU.

MR. AMINOFF: THANK YOU VERY MUCH.

THE COURT: THE MATTER IS HERE FOR SENTENCING.

AND I TAKE IT THAT BOTH SIDES HAVE SEEN THE REPORT BY THE DEFENDANT'S PSYCHIATRIST.

HAVE YOU?

MS. EL-AMAMY: YES, YOUR HONOR.

THE COURT: AND I THINK AS A RESULT OF THAT -- AND

THERE WERE A MYRIAD OF LETTERS THAT I HAVE GONE THROUGH FROM RELATIVES AND FRIENDS OF THE DEFENDANT -- ACTUALLY, IT'S BEEN 50 OR SO I THINK AT MY LAST COUNT -- AND CONSIDERING HIS SERVICE CONNECTION WITH PTSD, I THINK THAT IT'S INCUMBENT UPON THE COURT TO ORDER YET ANOTHER EXAMINATION PURSUANT TO 4247 -- 18 UNITED STATES CODE 4247(F) SPECIFICALLY. AND I AM GOING TO DO THAT.

EITHER COUNSEL WISH TO BE HEARD?

MR. AMINOFF: YOUR HONOR, CAN I JUST HAVE ONE MOMENT, PLEASE.

THE COURT: YES. CERTAINLY.

(PAUSE IN PROCEEDINGS.)

MR. AMINOFF: YOUR HONOR, EXCUSE ME. YOU SAID 4247(F).

IS THAT RIGHT?

THE COURT: RIGHT. I THINK WE'VE BEEN LOOKING AT A DIFFERENT VERSION.

CAN I SEE IT.

THANK YOU.

YEAH. IT'S PROBABLY LOOKING AT 2018.

(THE COURT AND CLERK CONFERRING.)

THE COURT: I THINK 4247 HAS CHANGED FROM '18 TO '19, BUT I'LL GET IT.

(PAUSE IN PROCEEDINGS.)

THE COURT: WELL, ACTUALLY, IT REMAINS THE SAME. I'M

LOOKING AT 4247(F).

(PAUSE IN PROCEEDINGS.)

THE COURT: ACTUALLY, IT IS THE 2019 VERSION.

AND YOU'LL SEE IT READS,

"IF THE EXAMINATION IS ORDERED AS A PART OF A PRESENTENCE INVESTIGATION, ANY RECOMMENDATION THE EXAMINER MAY HAVE AS TO HOW THE MENTAL CONDITION OF THE DEFENDANT SHOULD AFFECT THE SENTENCE."

SO, I'M GOING TO ORDER PURSUANT TO 18 UNITED STATES CODE 4247 AN EXAMINATION TO BE SUBMITTED TO BOTH PARTIES HERE.

AND IT MAY NOT REQUIRE HIS HAVING TO GO TO A PARTICULAR BUREAU OF PRISON INSTITUTION AS IT USED TO BE IN THE PAST. BUT I'M GOING TO ASK THAT THE REPORT BE EXPEDITED AND THAT WE HAVE IT WITHIN 30 DAYS.

MS. EL-AMAMY: THE GOVERNMENT AGREES AND WILL PROVIDE ALL REQUIRED MATERIALS TO THE EXAMINING MEDICAL PHYSICIAN.

THE COURT: THANK YOU.

MR. AMINOFF: AND, YOUR HONOR, FOR THE RECORD THE DEFENSE OBJECTS.

WE THINK WE'RE PREPARED TO GO FORWARD WITH SENTENCING TODAY. WE'VE DONE A VERY THOROUGH EVALUATION. WE PROVIDED PRIOR V.A. RECORDS.

THE GOVERNMENT HASN'T REQUESTED ANY -- ANY KIND OF EVALUATION. SO --

THE COURT: NO. BUT THE COURT IS.

MR. AMINOFF: I UNDERSTAND, YOUR HONOR.
THE COURT: YES.
SO, YOUR RECORD IS COMPLETE. IT WILL BE DONE OVER OBJECTION.
AND I'M GOING TO ASK FOR AN EXPEDITED REPORT. IT WILL PROBABLY BE DONE HERE LOCALLY.
AND LET'S SET THIS FOR --
WHAT'S A 30-DAY DATE, PLEASE?
THE CLERK: I HAVE DECEMBER 16TH.
THE COURT: ALL RIGHT.
DECEMBER 16TH. AND IF THAT REPORT IS --
MR. AMINOFF: YOUR HONOR, IS THAT THE DATE OF THE REPORT OR THE DATE OF THE NEXT SENTENCING HEARING?
THE COURT: IT'S THE NEXT SENTENCING HEARING.
MR. AMINOFF: EXCUSE ME. JUST ONE SECOND.
(PAUSE IN PROCEEDINGS.)
(DEFENSE COUNSEL CONFERRING.)
MR. AMINOFF: SORRY, YOUR HONOR. THAT -- WE CAN'T MAKE THAT WORK.
COULD WE DO THE FIRST WEEK OF THE NEW YEAR?
THE COURT: WHAT'S -- WHAT'S THE FIRST --
THE CLERK: JANUARY 13, 2020, 10:00 A.M.
THE COURT: 13TH? IS THAT RIGHT? -- THE 13TH?
THE CLERK: YES, YOUR HONOR.
THE COURT: ALL RIGHT.

(DEFENSE COUNSEL AND CLIENT CONFERRING.)

(PAUSE IN PROCEEDINGS.)

MR. AMINOFF: OKAY. THANKS, YOUR HONOR.

THE COURT: AND, OF COURSE, THE REPORT THAT HAS ALREADY BEEN SUBMITTED TO THE COURT ON BEHALF OF THE DEFENDANT WILL BE MADE AVAILABLE AS THE GOVERNMENT IS MAKING ITS --

MR. AMINOFF: OF COURSE.

THE COURT: -- ITS AVAILABLE AS WELL.

MR. AMINOFF: AND CAN WE JUST REQUEST THAT THE EVALUATION BE DONE LOCALLY AT MDC.

THE COURT: WELL, I THINK IT'S GOING TO BE UP TO THE BUREAU OF PRISONS AS TO WHAT THEY DECIDE THE BEST PLACE TO DO IT.

MORE THAN LIKELY, THEY WILL BE DOING IT HERE. IT'S BEEN MY EXPERIENCE LATELY. IT USED TO BE THAT THEY WOULD SEND THEM TO ROCHESTER OR SOMEWHERE ELSE AND ALL, BUT I DON'T THINK THAT WILL HAPPEN HERE.

ALL RIGHT.

MR. AMINOFF: OKAY. THANK YOU.

MS. LA BARRE: THANK YOU, YOUR HONOR.

MS. EL-AMAMY: THANK YOU, YOUR HONOR.

THE COURT: THANK YOU.

(PROCEEDINGS ADJOURNED AT 10:22 A.M.)

C E R T I F I C A T E

I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

/S/ DOROTHY BABYKIN 11/24/19

FEDERALLY CERTIFIED TRANSCRIBER DATED
DOROTHY BABYKIN