NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVE S. KIM,

Defendant.

Case No. 18-00901-TJH

<u>NOTICE OF LODGING OF PROPOSED ORDER</u>

On November 18, 2019, defendant Kim was scheduled to be sentenced. At the sentencing hearing, the Court determined that it wanted to have an expedited psychological evaluation prepared in advance of sentencing the defendant. The Court ordered that the mental health evaluation/examination proceed pursuant to 18 U.S.C. § 4244. (Docket 88.)

After the hearing, government counsel conferred with counsel with the Bureau of Prisons ("BOP") to determine if BOP needed a more specific order to complete the mental health evaluation/examination. The BOP attorney informed government counsel that the evaluation could proceed pursuant to either 18 U.S.C. § 4244 or 18 U.S.C. § 3552. 18 U.S.C. § 3552(c) authorizes a presentence examination and report by a psychiatric or psychological examiner in advance of sentencing, which seems to be what the Court was interested in obtaining. The government submits this proposed order for the Court to consider ordering the examination pursuant to 18 U.S.C. § 3552. Additionally, pursuant to the BOP attorney's request, the proposed order contains additional instructions to the BOP which will assist the BOP prepare a report that meets the needs of the Court.

//

//

//

//

//

//

//

//

The defendant objects to the government's proposed order. The defendant believes that the Orders that the Court has previously made orally and in writing are sufficient, and also objects on the basis that the Court cited a different statutory provision at the hearing. The defendant also believes that the defense expert's referral questions should not guide the BOP's evaluation.

Respectfully submitted,

NICOLA T. HANNA
United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

11/26/19

DATE

/s/

REEMA M. EL-AMAMY
ASSISTANT UNITED STATES ATTORNEY