NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
1500 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-0552
Facsimile: (213) 894-2927
E-mail: Reema.El-Amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

STEVE S. KIM,

Defendant.

Case No. 18-00901-TJH

[PROPOSED] ORDER

1. Defendant Kim's sentencing date was originally scheduled for November 18, 2019. On November 4, 2019, defendant Kim filed his sentencing position paper, to include a non-confidential psychiatric report consisting of 43 pages.

2. The Court HEREBY ORDERS that the Bureau of Prisons conduct a psychological and psychiatric evaluation of the defendant pursuant to 18 United States Code, Section 3552(c). Pursuant to 18 U.S.C. § 3552(b), the examining psychiatrists or psychologists shall evaluate defendant Kim's psychological condition for the purposes of sentencing and shall include their findings in a report to be presented to this Court and both parties.

3. Specifically, the Court orders that the examining psychiatrists or psychologists determine whether there were any mitigating or aggravating factors and circumstances relevant and pertinent to the current offenses for which defendant Kim has been charged.

4. The Court orders that the examining psychiatrists or psychologists determine whether defendant Kim meets diagnostic criteria for any mental disorder.

5. The Court orders that the examining psychiatrists or psychologists determine whether defendant Kim's mental state at the time of the instant offense and whether his mental state at this time was affected by any psychiatric or psychological disorder.

6. The Court orders that the examining psychiatrists or psychologists make recommendations regarding defendant Kim’s custody, care, and need for treatment while incarcerated.

7. The parties are ordered to provide the Bureau of Prisons with the materials relevant to this sentencing, including the defendant’s previously submitted psychiatric report.

8. The sentencing date for defendant Kim is January 13, 2020 at 10 a.m.

SO ORDERED.

DATED: ______________________

______________________________
UNITED STATES DISTRICT JUDGE