PROB 12
(Rev. 11/04)

United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
DECEMBER 3, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: YS DEPUTY

U.S.A. VS. Steve S. Kim

Docket No.: 2:18-CR-00901-TJH-1

**Petition on Probation and Supervised Release (Modification)**

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Steve S. Kim who was placed on supervision by the Honorable TERRY J. HATTER JR. sitting in the Court at Los Angeles, California, on the 14th day of September, 2020 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The supervisee and defense counsel consent to modification and waive a personal appearance before the Court.

**PRAYING THAT THE COURT WILL ORDER**: All computers, computer-related devices, and their peripheral equipment, used by the defendant shall be subject to search, seizure and computer monitoring. This shall not apply to items used at the employment site that are maintained and monitored by the employer.

The defendant shall comply with the rules and regulations of the Computer Monitoring Program. The defendant shall pay the cost of the Computer Monitoring Program.

The defendant shall not use any software program or device designed to hide, alter, or delete information relating to his computer use, Internet activities or the files stored on his assigned computers. This includes the use of encryption, steganography, file erasing, file shredding, secure file deletion, and cache/cookie removal software without prior written approval from the United States Probation Office.

The defendant shall possess and use only those computers and computer-related devices, screen usernames, passwords, email accounts, and internet service providers (ISPs), social media accounts, messaging applications and cloud storage accounts, that have been disclosed to the Probation Officer upon commencement of supervision. Any changes or additions are to be disclosed to the Probation Officer prior to the first use. Computers and computer-related devices include personal computers, internet appliances, electronic games, cellular telephones, digital storage media, and their peripheral equipment, that can access, or can be modified to access, the internet, electronic bulletin boards, and other computers.

ORDER OF COURT

Considered and ordered this 3RD day of DEC., 2021 and ordered filed and made a part of the records in the above case.

United States District Judge
HONORABLE TERRY J. HATTER

Respectfully,

ARPA AGHAJANI /S/
U. S. Probation & Pretrial Services Officer

Place: Los Angeles, California

Approved: JARROD KENNELLY /S/
Supervising U.S. Probation & Pretrial Services Officer

Date: December 2, 2021